# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131475

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUZANNE VERBRUGGHE, as
Personal Representative of the
Estate of George Verbrugghe,
Deceased,
        Plaintiff-Appellee,

v

SELECT SPECIALTY HOSPITAL –
MACOMB COUNTY, INC.,

        Defendant-Appellant,

and

ARSENIO V. DeLEON, M.D.,
and MARIUS LAURINAITIS, M.D.,
        Defendants-Appellees,

and

JAVED ZIA, M.D.,
        Defendant.

_____/

SC: 131475
COA: 263686
Macomb CC: 04-004423-NH

On order of the Court, the application for leave to appeal the March 23, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Washington v Sinai Hospital of Greater Detroit* (Docket No. 130641) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

Clerk

11025